UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WAQAR USMAN,

    Plaintiff,

v.

ALLEN BYAM, et al.,

    Defendants.

_____/

HONORABLE PAUL L. MALONEY

Case No. 1:10-cv-472

## ORDER OF DISMISSAL

This matter is before the Court on the parties' Stipulation to Dismiss (Dkt. #15). The Court being fully advised in the premises:

**IT IS HEREBY ORDERED** that the Stipulation to Dismiss (Dkt. #15) is **APPROVED**. This case is dismissed with prejudice, each side to bear its own costs and fees.

Date: July 22, 2010

    /s/ Paul L. Maloney
    Paul L. Maloney
    Chief United States District Judge